UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x
United States of America,

                            Plaintiff,

-against-

                                                            Case No. 7:17-mj-9097

Javier A. Vilchez-Salazar

                            Defendant.

_____ x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                                SO ORDERED.

                                                                 Hon. Martin R. Goldberg
                                                                United States Magistrate Judge

Dated: 26th Day of August 2022
         Poughkeepsie, New York